# Order

Michigan Supreme Court
Lansing, Michigan

September 16, 2009

139146 & (88)(89)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

FREDERICK JAMES MARDLIN,
      Defendant-Appellee.

SC: 139146
COA: 279699
St. Clair CC: 07-000240-FH

_____/

      On order of the Court, the application for leave to appeal the May 5, 2009 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall address whether evidence provided under the "doctrine of chances" may be used to establish that a fire did not have a natural or accidental cause, and whether more than the mere occurrence of other fires involving the defendant's property is necessary for admission of such evidence.

      The motion for bond pending appeal or expedited review and the motion to appoint an expert are DENIED.

      The Criminal Defense Attorneys of Michigan and the Prosecuting Attorneys Association of Michigan are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issue presented in this case may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 16, 2009

_____
Clerk

p0916